IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PAMELA E. FAGAN,

Plaintiff,

v.                                                                          Civil Action No.:  1:25-cv-00538-LMB-IDD

LOCKHEED MARTIN CORPORATION,

Defendant.

## MOTION TO EXTEND DISCOVERY PERIOD AND CONTINUE FINAL PRETRIAL CONFERENCE

The plaintiff Pamela E. Fagan, by counsel, respectfully request that this Court amend its Order entered August 15, 2025 to extend the discovery period by 4-6 weeks and continue the Final Pretrial Conference. This request is made due to the plaintiff's illness, which has prevented her from completing the defendant's discovery requests.

Counsel for the defendant Lockheed Martin Corporation have indicated that they do not oppose this motion.

The reasons for this request are set forth in the accompanying memorandum in support.

Respectfully submitted,

PAMELA E. FAGAN

By: /s/ Scott G. Crowley
         Counsel

Scott G. Crowley (VSB # 31216)
CROWLEY & CROWLEY, P.C.
4870 Sadler Road, Suite 300
Glen Allen, VA  23060
Tel. (804) 205-5010
Fax (804) 800-4243
E-mail:  scrowley@crowleyandcrowley.com

*Counsel for plaintiff Pamela E. Fagan*

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion to Extend Discovery Period and Continue Final Pretrial Conference was sent via e-mail to counsel for the defendant:

    Timothy J. Gorde, Esq.
    Jackson Lewis, P.C.
    701 E. Byrd St., 17th Floor
    P. O. Box 85068
    Richmond, VA 23285

    Bernard G. Dennis, III
    Jackson Lewis, P.C.
    11790 Sunrise Valley Drive, Suite 400
    Reston, VA 20191

on the 21st day of November 2025.

                                                              /s/ Scott G. Crowley